# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| CARLA A. NIPPERT, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-18-1178-D |
| ANDREW M. SAUL, COMMISSION OF SOCIAL SECURITY | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before the Court is Plaintiff's action for judicial review of the Commissioner of Social Security's final decision that she was not "disabled" under the Social Security Act. *See* 42 U.S.C. §§ 405(g), 423(d)(1)(A). The Court referred the matter to Magistrate Judge Suzanne Mitchell. Doc. No. 15. Accordingly, the Magistrate Judge filed a Report and Recommendation. Doc. No. 22. The Report advised the parties of their right to object and further advised that failure to do so would waive any rights to appellate review. Timely objections were to be made no later than August 22, 2019. To date, neither party has filed an objection or sought an extension of time to do so.

The Court therefore **ADOPTS** the Report and Recommendations in its entirety. The Commissioner's decision is **AFFIRMED**. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 27th day of August, 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge